# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DENNIS BROCKMAN ) | |
| ) | |
| Plaintiff (s) ) | |
| vs. ) | Civil No. 04-1035-CV-W-DW |
| ) | |
| JO ANNE B. BARNHART ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ) | |
| Defendant (s) ) | |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED THAT**: the Commissioner's decision denying Plaintiff's disability benefits is **AFFIRMED**.

PATRICIA L. BRUNE, CLERK

Date: November 14, 2005        By: /s/ Y. Johnson
                                        Deputy Clerk